# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:08-cv-01666-CC
### In Re Cbeyond, Inc. Securities Litigation
### Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 09/17/2009.

| | |
|---|---|
| TIME COURT COMMENCED: 01:35 P.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 01:50 P.M. | CSO/DUSM: Dwight Williams |
| TIME IN COURT: 00:15 | DEPUTY CLERK: Patsy L. Springs |

ATTORNEY(S) PRESENT:
Michael Faris representing Cbeyond, Inc.
Michael Faris representing J. Robert Fugate
Michael Faris representing James F. Geiger
Mark Goldman representing Genesee County Group
Scott Hilsen representing Cbeyond, Inc.
Scott Hilsen representing J. Robert Fugate
Scott Hilsen representing James F. Geiger
David Worley representing Genesee County Group

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Hearing on Motion for Preliminary Approval of Proposed Class Settlement. Court grants the Motion for Preliminary Approval of Proposed Class, Court Approves form of Notice and Grant Class Certification. Court also approves AB Data.

HEARING STATUS: Hearing Concluded